# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Claribel Pagan Cuevas, et al.*

CIVIL NO. *97-2772-*(DRD)

v.

Defendant(s) *Roberto Vera Monroig, et al.*

RECEIVED AND FILED
99 OCT 27 AM 7:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

| MOTION | ORDER |
|---|---|
| Docket entry no. *50* | ☑ GRANTED. |
| Date: *August 20, 1999* | ❏ DENIED. |
| Title: *Motion For Leave To File Motion For Summary Judgment Beyond The Deadline Set By The Court* | ❏ MOOT. |
| | ❏ NOTED. |

*Granted as, to leave to file the motion for summary judgment. No opinion is expressed as to the merits of the motion.*

*IT IS SO ORDERED.*

Date: ___10___/25/99___.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE