UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Claribel Pagan Cuevas, et al.    CIVIL NO. 97-2772 (DRD)

v.

Defendant(s) Roberto Vega Monroig, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 51 | ☐ GRANTED. |
| Date: August 20, 1999 | ☒ DENIED. |
| Title: Motion For Leave To File Documents In The Spanish Language | ☐ MOOT. |
| | ☐ NOTED. |

The English translations must be filed by December 6, 1999.
IT IS SO ORDERED.
The motion for summary judgment is unaffected by this Order and is still deemed submitted.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE