UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Claribel Pagan Cuevas, et al    CIVIL NO. 97-2772 (DRD)

v.

Defendant(s) Roberto Vera Monroig, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 52 | ☒ GRANTED. |
| Date: October/15/1999 | ☐ DENIED. |
| Title: Motion Requesting Entry of Summary Judgment | ☐ MOOT. |
| | ☐ NOTED. |
| Granted. The Motion For Summary Judgment (Docket 50) is deemed unopposed and no opposition shall be entertained. In fact two other motions for summary judgment are also unopposed (Dockets 48 and 49) and again no | oppositions shall be entertained. IT IS SO ORDERED. |

RECEIVED AND FILED
99 OCT 27 AM 7:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10 /25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

58