UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Claribel Pagan Cuevas, et al.

CIVIL NO. 97-2772 (DRD)

v.

Defendant(s) Roberto Vera Monroig, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 53 | ☒ GRANTED. |
| Date: October 19, 1999. | ☐ DENIED. |
| Title: Motion For Leave To File Motion To Dismiss Beyond The Deadline Set By The Court. | ☐ MOOT. |
| | ☐ NOTED. |

Granted. The Motion To Dismiss is Deemed Filed. IT IS SO ORDERED.

RECEIVED AND FILED
99 OCT 27 AM 7:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10 /25/ 99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE