IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Claribel Pagán-Cuebas, et al.,
Plaintiff(s),

v.

Roberto Vera-Monroig, et al.,

Defendant(s).

CIVIL NO. 97-2772 (DRD)

*RECEIVED AND FILED 00 JUN 15 AM 10: 50 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## DESCRIPTION OF MOTION

DATE FILED: January / 12 / 2000

DOCKET No.: 71

[ ] Plffs.   [✓] Defts.

TITLE: Motion Informing Substitution of Attorney of Record.

## ORDER

GRANTED. Attorney Luis R. Vivas Ugartemendia is relieved from representing Defendant German Román Vélez in his personal capacity, because attorney Roberto Lefranc Morales will be assuming said representation. The Clerk of Court shall note that attorney Morales is with the law firm Martínez Alvarez, Menéndez Cortada & Lefranc Romero, PSC.
IT IS SO ORDERED.

June / 14 / 2000
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE