UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN, ET AL

Plaintiff(s)

v.                                              CIVIL NUMBER: 97-2772 (JAG)

MAYOR ROBERTO VERA-MONROIG,
THE MUNICIPALITY OF ADJUNTAS, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time to Submit Certified Translation of Exhibit B, etc. (By Deft, 11/09/00); Motion Requesting Extension of Time to File English Translation of Exhibits (By Plffs, 03/20/00). **Dockets:** 64, 75  [ ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** To the extent the parties have not done so already, the Court grants until October 18, 2000 to file certified translations. |

Date: 9/18/00

JAY A. GARCIA-GREGORY
U.S. District Judge