UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN, ET AL

**Plaintiff(s)**

v.　　　　　　　　　　CIVIL NUMBER: 97-2772 (JAG)

MAYOR ROBERTO VERA-MONROIG,
THE MUNICIPALITY OF ADJUNTAS, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 11/04/99<br>Title: Motion for Leave to File Dispositive Motion, etc.<br>Docket: 63<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| Date Filed: 11/29/99<br>Title: Motion To Extend Time to File Opposition to Motion for Summary Judgment<br>Docket: 67<br>[x] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

Date: 9/18/00

JAY A. GARCIA-GREGORY
U.S. District Judge