UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIVIL 97-2772 (JAG)

========================================================================

CLARIBEL PAGAN CUEBAS                      Attorneys:
                                           For Plaintiffs:

        VS
                                           For Defendant:
ROBERTO VERA MONROIG

========================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set before Judge Garcia Gregory on **Tuesday, October 31, 2000 at 11:30 AM.**

Parties to be notified.

                                           _____
                                           LILY ALICEA
                                           COURTROOM DEPUTY