UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PAGAN-CUEBAS, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2772 (JAG)

VERA-MONROIG

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to File Dispositive Motion Notwithstanding Deadline (by Dft, 11/04/99); Motion to Extend Time for 30 Days to Submit a Certified Translation of Exhibit B, etc. (by Dft, 11/09/99); Motion to Extend Time Until 12/29/99 to File Opposition to Motion for Summary Judgment (by Plfs, 11/29/99); Motion to Extend Time Until 4/14/00 to File Translations of Exhibits as Ordered by Court (by Plfs, 03/20/00)<br>**Docket:** 63, 64, 67, 75<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | MOOT. |

**Date:** 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge