UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN CUEVAS, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2772 (JAG)

ROBERTO VERA MONROIG, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/13/00<br>**Title:** Motion Requesting Leave to Withdraw as Legal Counsel for the Defendant<br>**Docket(s):** 89<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED**, subject to successor counsel's filing of an entry of appearance as of 30 days from the date of this order. |

**Date:** January 8, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge