# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN CUEVAS, ET AL

    **Plaintiff(s)**

        **v.**                    **CIVIL NUMBER:** 97-2772 (JAG)

ROBERTO VERA MONROIG, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/23/01<br>**Title:** Motion Assuming Legal Representation<br>**Docket(s):** 92<br>[ ] **Plff(s)**   [x ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

**Date:** February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

95