UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN CUEVAS, ET AL

**Plaintiff(s)**

v.                                      **CIVIL NUMBER:** 97-2772 (JAG)

ROBERTO VERA MONROIG, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/28/01<br>**Title:** Motion Requesting Leave to Withdraw as Counsel of Record<br>**Docket(s):** 99<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED**. |

**Date:** April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge