IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

    Plaintiff

    v.

JORGE GONZALEZ OTERO, ET AL

    Defendants

CIV. NO. 97-2618 (JAG)
           97-2772 (JAG)

**ORDER**

The Court has reviewed plaintiffs' Informative Motions (Docket 94, 99), which contain allegations regarding the conduct of two of the municipalities involved in approving the final settlement of these cases – namely, Camuy and Hatillo. As everyone involved with this litigation knows, the Court conducted lengthy negotiations with the attorneys from *every* municipality represented in the Consortium, and received specific representations from *every* municipality's legal representative regarding the settlement of these cases. Based on those representations, the Court entered final judgment in this case. Indeed, these cases are now officially closed.

The Court is deeply troubled by the allegations made by plaintiffs regarding the aforementioned municipalities' apparent disregard of the representations made to this Court. In order to put this matter to rest once and for all, the Court will convene an <u>emergency conference</u> with counsel for *all* parties and municipalities involved in the four cases on <u>Thursday, June 7 at 4:00 p.m.</u> The Court expects that Camuy and Hatillo's legal representatives will come prepared to explain the reasons underlying their apparent recalcitrance in complying with the terms of the settlement agreement, despite the explicit representations made to the Court during settlement negotiations.





IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of June, 2001.

                                            JAY A. GARCIA-GREGORY
                                            U.S. District Judge