UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN CUEVAS, ET AL

**Plaintiff(s)**

v.                                   CIVIL NUMBER: 97-2772 (JAG)

ROBERTO VERA MONROIG, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/26/01<br>**Title:** Motion in Compliance with Settlement Agreement and Requesting Judicial Deposit of Funds (by Municipality of Adjuntas)<br>**Docket(s):** 104<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The Clerk shall deposit the check in an interest-bearing account pending withdrawal by plaintiffs. |

Date: August 1, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge