UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN CUEVAS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2772 (JAG)

ROBERTO VERA MONROIG, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/30/01<br>**Title:** Motion<br>**Docket(s):** 107<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED** as requested. Counsel shall take care of apportioning the interests accumulated under each case and disburse proportionate amounts to each plaintiff, in accordance with his or her participation in the settlement figure amount. |

Date: September 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


